12/21/2015          TDCJ Offender Details

84360-01

 **TDCJ Home**      **New Offender Search**

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 03509178 |
| **TDCJ Number:** | 01665094 |
| **Name:** | SORIA,ROBERT |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1967-12-08 |
| **Maximum Sentence Date:** | 2039-12-02 |
| **Current Facility:** | ROBERTSON |
| **Projected Release Date:** | 2039-11-13 |
| **Parole Eligibility Date:** | 2024-11-12 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1991-07-21 | BURG HABIT | 1994-02-11 | LUBBOCK | 91-413759 | 10-00-00 |
| 1992-04-27 | POSS PROHIT WPN | 1994-05-13 | RANDALL | 7992-B | 5-00-00 |